Case 4:25-cv-04619   Document 1   Filed 09/26/25 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
FILED
*09/02/2025*
Nathan Ochsner, Clerk of Court

United States District Court
of Southern Texas / Houston

Plaintiff: Gabryelle Daniels and as next friend D.D (minor)

-v-

City of Houston / Crimes Against Children
Detective Chasity Velazquez
Supervisors: Dionna McCloud / John Colburne

Complaint for Damages and Injunctive Relief (Federal Civil Rights Violations Neglect of Duty / Crimes Against Children

I. Introduction: This is a civil action under 42 U.S.C 1983, 18 U.S.C. 242 and related Federal and State laws for willful violations of the civil rights safety and legal protections of plaintiff D.D., a minor, by the Houston Police Department, its Detectives and Supervisors Defendants knowingly and recklessly ignored clear evidence of sexual assault against a child, deprived the victim of her statutory rights, and caused profound emotional and psychological harm. II. Jurisdiction and Venue. This Court has Jurisdiction under 26 U.S.C

1331 and 1343, as this action arises under the Constitution and Federal law. Venue is proper in this District under 28 U.S.C. 1391 and because the events giving rises to this complaint occurred in Houston Texas. III. Parties Gabryelle Daniels, individually and as next friend of O.D (minor) Defendants: City of Houston, Houston Police Department Crimes Against Children Detective Chasity Velázquez, Dionne McClous and John Colbourne (Supervisors). IV. Factual Allegations. On or about 02/05/2022 plaintiffs minor Daughter was sexually assaulted by Cameron Anderson. It was reported on 03/20/2022 on or around January 26 2023 it was assigned to the Defendants. The Defendants failed to forward the case to prosecutors to this Day, Delaying Justice. Supervisor Dionne McClous and John Colbourne, Despite repeated notice, ignored clear statutory obligations and the victim's repeated requests for updates, Demonstrating Deliberate indifference and Gross Negligence. Defendants inactions allowed

the perpetrator to remain unpunished even though the offender was incarcerated on a unrelated sexual assault of a minor, inflicting severe trauma on the victim and her family. Plaintiff Daughter suffers from ongoing fear, anxiety, nightmares, and emotional distress, all directly caused by Defendants deliberate failures. V. Claims of relief: Count 1: Violation of Civil Rights under 42 U.S.C 1983 Defendants, under color of law, knowingly deprived Plaintiff of her rights to due process, equal protection, and protection under federal law. Count 2: Deliberate indifference negligence by failing to act on credible evidence, Defendants exhibited reckless disregard for the safety and statutory rights of a child, creating a foreseeable risk of severe harm. Count 3: Violation of Crime Victims Rights (Texas Code 5601 et) Defendants denied the victim the right to a timely prosecution, notice, and participation violating State/Federal state law and Federal constitutional protections. Count 4: intentional infliction of emotional distress Defendants conduct was outrageous and

willful, Directly causing extreme emotional Distress to the minor and her family VI. Prayer for relief: Plaintiff requests the court to: A. award compensatory, punitive and exemplary Damages for the egregious violations B. order mandatory reforms independent oversight, and training for Houston police Department personal handling crimes against children. C. Require immediate refferal and prosecution of the assault case, ensuring compliance with statutory and constitutional Rights D. award attorney's fees, costs and any additional relief the court Deems Just and proper. VII. Demand for Jury trial Before statue of limitations expires. In order for plaintiff's rights to be reserved

Respectfully

*[signature]*

Gaborgelle Daniels
next of friend
D. Daniels